*Minute Order Form (06/97)*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 270 | **DATE** | December 28, 2004 |
| **CASE TITLE** | MITTLEMAN et al vs. KILREA et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m) ☐ Local Rule 41.1 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).

(10)■ [Other docket entry] Enter order and final judgment.

(11) ☐ [For further detail see order (on reverse side of/attached to) the original minute order.]

| | |
|---|---|
| | No notices required, advised in open court. |
| | No notices required. |
| Y | Notices mailed by judge's staff. |
| | Notified counsel by telephone. |
| | Docketing to mail notices. |
| | Mail AO 450 form. |
| | Copy to judge/magistrate judge. |

JS

courtroom deputy's initials

**number of notices**

DEC 2 9 2004
**date docketed**

JxM
**docketing deputy initials**

12-28-04
**date mailed notice**

U.S. DISTRICT COURT

2004 DEC 28 PM 6:10

Date/time received in central Clerk's Office

**mailing deputy initials**

**Document Number**

244

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| HOWARD MITTELMAN, Individually And On Behalf Of All Others Similarly Situated, | No. 02 C 0270 |
| Plaintiffs, | Judge James F. Holderman |
| vs. | |
| GREGORY J. KILREA, LOU WEISBACH, JOHN R. KELLEY JR., MARC S. SIMON, LINDEN D. NELSON, BRADLEY KEYWELL, and ERIC LEFKOFSKY, | |
| Defendants. | |

## ORDER AND FINAL JUDGMENT

On the 1st day of October, 2004, a hearing having been held before this Court to determine: (1) whether the terms and conditions of the Stipulation and Agreement of Settlement dated March 5, 2004 (the "Stipulation") are fair, reasonable and adequate for the settlement of all claims asserted by the Class against the Defendants in the Complaint now pending in this Court under the above caption, and should be approved; (2) whether judgment should be entered dismissing the Complaint; (3) whether to approve the Plan of Allocation as a fair and reasonable method to allocate the settlement proceeds among the members of the Class; and (4) whether and in what amount to award Plaintiffs' Counsel fees and reimbursement of expenses. The Court having considered all matters submitted to it at the hearing and otherwise; and it appearing that a notice of the hearing substantially in the form approved by the Court was mailed to all persons or entities reasonably identifiable, who purchased the common stock of HA-LO Industries, Inc. ("HA-LO") during the period from February 18, 1999 through and including July 30, 2001 (the

"Class Period"), except those persons or entities excluded from the definition of the Class, as shown by the records of HA-LO's transfer agent, at the respective addresses set forth in such records, and that a summary notice of the hearing substantially in the form approved by the Court was published in the national edition of <u>The Wall Street Journal</u> pursuant to the specifications of the Court; and the Court having considered and determined the fairness and reasonableness of the award of attorneys' fees and expenses requested; and all capitalized terms used herein having the meanings as set forth and defined in the Stipulation.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1.    The Court has jurisdiction over the subject matter of the Action, the Plaintiffs, all Class Members, and the Defendants.

2.    The Court finds that the prerequisites for a class action under Fed. R. Civ. P. 23 (a) and (b)(3) have been satisfied in that: (a) the number of Class Members is so numerous that joinder of all members thereof is impracticable; (b) there are questions of law and fact common to the Class; (c) the claims of the Class Representatives are typical of the claims of the Class they seek to represent; (d) the Class Representatives have and will fairly and adequately represent the interests of the Class; (e) the questions of law and fact common to the members of the Class predominate over any questions affecting only individual members of the Class; and (f) a class action is superior to other available methods for the fair and efficient adjudication of the controversy.

3.    Pursuant to Rule 23 of the Federal Rules of Civil Procedure this Court hereby finally certifies this action as a class action on behalf of all persons who purchased the common stock of HA-LO Industries, Inc. ("HA-LO") during the period from February 18, 1999 through and including July 30, 2001. Excluded from the Class are Defendants, the officers and directors

2

of HA-LO, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which the Defendants have a controlling interest. Also excluded from the Class are all persons and entities that acquired HA-LO securities as part of the Starbelly acquisition. Also excluded from the Class are the persons and/or entities who requested exclusion from the Class as listed on Exhibit A annexed hereto, with copies of the Requests to be filed with the Court.

4.      Notice of the pendency of this Action as a class action and of the proposed Settlement was given to all Class Members who could be identified with reasonable effort. The form and method of notifying the Class of the pendency of the action as a class action and of the terms and conditions of the proposed Settlement met the requirements of Rule 23 of the Federal Rules of Civil Procedure, Section 21D(a)(7) of the Securities Exchange Act of 1934, 15 U.S.C. 78u-4(a)(7) as amended by the Private Securities Litigation Reform Act of 1995, due process, and any other applicable law, constituted the best notice practicable under the circumstances, and constituted due and sufficient notice to all persons and entities entitled thereto.

5.      The Settlement is approved as fair, reasonable and adequate, and the Class Members and the parties are directed to consummate the Settlement in accordance with the terms and provisions of the Stipulation.

6.      The Complaint, which the Court finds was filed on a good faith basis in accordance with the Private Securities Litigation Reform Act and Rule 11 of the Federal Rules of Civil Procedure based upon all publicly available information, is hereby dismissed without prejudice and without costs, except as provided in the Stipulation as against the Defendants.

7.      The dismissal without prejudice will be converted to a dismissal with prejudice upon the occurrence of (a) the receipt by Plaintiffs, the Class or their assignees of $18 million

3

(the "Settlement Amount") or other amount later agreed to by Plaintiffs, the Class or their assignees in compromise of the Settlement Amount, or (b) the Assigned Claims (as defined in the Stipulation) are dismissed, resolved or otherwise terminated (the "Conversion"). Until the Conversion, the Action against Defendants may not be reopened or reinstated, Plaintiffs may not initiate a new lawsuit asserting any of the Settled Claims (defined below), and Defendants may not initiate a claim in any form asserting any of the Settled Defendants' claims (defined below).

8. Upon the Conversion, members of the Class and the successors and assigns of any of them, are hereby permanently barred and enjoined from instituting, commencing or prosecuting, either directly or in any other capacity, any and all claims (a) that have been asserted in the Action by the Plaintiffs, the Class or any of them against any of the Defendants, or (b) that could have been asserted in any forum by the Plaintiffs, the Class or any of them against the Defendants that arise out of or are based upon the allegations, transactions, facts, matters, occurrences, representations or omissions, involved, set forth, or related to the Action and relate to the purchase of the common stock of HA-LO during the Class Period. (the "Settled Claims") against the Defendants, their heirs, legal representatives, successors, or assigns. (the "Dismissed Parties"). The "Settled Claims" includes any and all Settled Claims which any Plaintiff or Class Member does not know or suspect to exist in his, her or its favor at the time of this Order which if known by him, her or it might have affected his, her or its decision(s) with respect to the Settlement. Upon the Conversion, the Settled Claims are hereby compromised, settled, released discharged and dismissed as against the Released Parties on the merits and with prejudice by virtue of the proceedings herein and this Order and Final Judgment.

9. Upon the Conversion, the Defendants and the successors and assigns of any of them, are hereby permanently barred and enjoined from instituting, commencing or prosecuting,

either directly or in any other capacity, any and all claims, rights or causes of action or liabilities whatsoever, whether based on federal, state, local, statutory or common law or any other law, rule or regulation, including both known claims and Unknown Claims, that have been or could have been asserted in the Action or any forum by the Defendants or any of them or the successors and assigns of any of them  against any of the Plaintiffs, Class Members or their attorneys, which arise out of or relate in any way to the institution, prosecution, or Settlement of the Action (except for claims to enforce the Settlement) ("Settled Defendants' Claims").   The "Settled Defendants' Claims" includes any  and all claims any Defendant does not know or suspect to exist in his, her or its favor, which if known by him, her or it might have affected his, her  or its decision(s) with respect to the Settlement.   Upon the Conversion, the Settled Defendants' Claims are hereby compromised, settled, released, discharged and dismissed on the merits and with prejudice by virtue of the proceedings herein and this Order and Final Judgment.

10.     Neither this Order and Final Judgment, the Stipulation, nor any of its terms and provisions, nor any of the negotiations or proceedings connected with it, nor any of the documents or statements referred to therein shall be:

(a)     offered or received against the Defendants or against the Plaintiffs or the Class as evidence of or construed as or deemed to be evidence of any presumption, concession, or admission by any of the Defendants or by any of the Plaintiffs or the Class with respect to the truth of any fact alleged by Plaintiffs or the validity of any claim that had been or could have been asserted in the Action or in any litigation, or the deficiency of any defense that has been or could have been asserted in the Action or in any litigation, or of any liability, negligence, fault, or wrongdoing of the Defendants;

(b)     offered or received against the Defendants as evidence of a presumption, concession or admission of any fault, misrepresentation or omission with respect to any statement or written document approved or made by any Defendant, or against the Plaintiffs and the Class as evidence of any infirmity in the claims of Plaintiffs and the Class;

(c)     offered or received against the Defendants or against the Plaintiffs or the Class as evidence of a presumption, concession or admission with respect to any liability, negligence, fault or wrongdoing, or in any way referred to for any other reason as against any of the parties to the Stipulation, in any other civil, criminal or administrative action or proceeding, other than such proceedings as may be necessary to effectuate the provisions of the Stipulation; provided, however, that Defendants may refer to the Stipulation to effectuate the liability protection granted them thereunder;

(d)     construed against the Defendants or the Plaintiffs and the Class as an admission or concession that the consideration to be given hereunder represents the amount which could be or would have been recovered after trial; or

(e)     construed as or received in evidence as an admission, concession or presumption against Plaintiffs or the Class or any of them that any of their claims are without merit or that damages recoverable under the Complaint would not have exceeded the Settlement Fund.

11.     The Plan of Allocation is approved as fair and reasonable, and Plaintiffs' Counsel and the Claims Administrator are directed to administer the Stipulation in accordance with its terms and provisions.

12.     The Court finds that all parties and their counsel have complied with each requirement of Rule 11 of the Federal Rules of Civil Procedure as to all proceedings herein.

13. Plaintiffs' Counsel are hereby awarded $1,212,000 of the Gross Settlement Fund in fees, which sum the Court finds to be fair and reasonable, and $857,848.07 in reimbursement of expenses, which expenses shall be paid to Plaintiffs' Co-Lead Counsel from the Settlement Fund with interest from the date such Settlement Fund was funded to the date of payment at the same net rate that the Settlement Fund earns. The award of attorneys' fees shall be allocated among Plaintiffs' Counsel in a fashion which, in the opinion of Plaintiffs' Co-Lead Counsel, fairly compensates Plaintiffs' Counsel for their respective contributions in the prosecution of the Action.

14. In making this award of attorneys' fees and reimbursement of expenses to be paid from the Gross Settlement Fund, the Court has considered and found that:

(a) Pursuant to the Ha-Lo Sharing Agreement, the settlement has likely created a fund of $7.575 million in cash that is already on deposit, plus interest thereon and that numerous Class Members who file acceptable proofs of claim will benefit from the Settlement created by Plaintiffs' Counsel;

(b) Over 29,316 copies of the Settlement Notice were disseminated to putative Class Members indicating that Plaintiffs' Counsel were moving for attorneys' fees in the amount of up to one-~~third~~ *fifth* of the Gross Settlement Fund and for reimbursement of expenses in an amount of approximately $857,848.07 and no objections were filed against the terms of the proposed Settlement or the ceiling on the fees and expenses requested by Plaintiffs' Counsel contained in the Settlement Notice;

(c) Plaintiffs' Counsel have conducted the litigation and achieved the Settlement with skill, perseverance and diligent advocacy *however, the errors Plaintiffs' Counsel have made including the error in the immediate preceding paragraph are not the type of high quality work the court believes would warrant a fee of 20% of the Gross Settlement Fund. So the court has reduced the award to 16% thereof appropriate, and awarded the set sum of $1,212,000 no more and no less in fees.*

(d)     The action involves complex factual and legal issues and was actively prosecuted over 2 years and, in the absence of a settlement, would involve further lengthy proceedings with uncertain resolution of the complex factual and legal issues;

(e)     Plaintiffs' Counsel have devoted over 11,991.2 hours, with a lodestar value of $4,400,421.75, to achieve the Settlement; and

(f)     The amount of attorneys' fees awarded and expenses reimbursed from the Settlement Fund are consistent with awards in similar cases.

15.     Exclusive jurisdiction is hereby retained over the parties and the Class Members for all matters relating to this Action, including the administration, interpretation, effectuation or enforcement of the Stipulation and this Order and Final Judgment, and including any application for fees and expenses incurred in connection with administering and distributing the settlement proceeds to the members of the Class.

16.     Without further order of the Court, the parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

17.     There is no just reason for delay in the entry of this Order and Final Judgment and immediate entry by the Clerk of the Court is expressly directed pursuant to Rule 54 (b) of the Federal Rules of Civil Procedure.

Dated:      Chicago, Illinois
            December 28 , 2004

                                    James F. Holderman
                                    Honorable James F. Holderman
                                    UNITED STATES DISTRICT JUDGE

8

# EXHIBIT A

## HA-LO FIRST NOTICE OF PENDENCY
## REQUESTS FOR EXCLUSION

| Last Name | First Name | Street | City | State | Zip | Date Recd |
|---|---|---|---|---|---|---|
| Ackerman | Alan | 5700 Crooks Rd. # 405 | Troy | MI | 48098 | 10/10/2003 |
| Adams | Ernest | 1635 Cedar Hill Ave. | Dallas | TX | 75208 | 9/25/2003 |
| Adler | Kevin | 1903 N. Fremont #1A | Chicago | IL | 60614 | 10/9/2003 |
| Aimsila | Privit | 7709 Straits Dr. | Towlett | TX | 75088 | 10/10/2003 |
| Anulies | Nancy | 5754 W. Eastwood Ave | Chicago | IL | 60603 | 10/10/2003 |
| Arkin | Meredith | 613 Woodvale Dr. | Greensboro | NC | 27410 | 10/10/2003 |
| Arthur | Jean | 5835 Lindell | St. Louis | MO | 63112 | 9/5/2003 |
| Avery | Robert | 5626 Olde Post Rd. | Sylvania | OH | 43560 | 9/12/2003 |
| Banks | Liz | 520 Washington Blvd #284 | Marina Del Rey | CA | 90292 | 9/17/2003 |
| Bornstein | Keith | 25787 Dundee | Huntington Woods | MI | 48070 | 10/14/2003 |
| Boures | James | 17608 Capistrano Lane | Orland Park | IL | 60467 | 10/14/2003 |
| Boxer | Barbara | 2350 W. Willard Ave | Milwaukee | WI | 53209 | 10/8/2003 |
| Boxer | Richard | 2350 W. Willard Ave | Milwaukee | WI | 53209 | 10/8/2003 |
| Brown | Sharon | 1200 Ardmoor | Bloomfield Hills | MI | 48301 | 10/10/2003 |
| Bukala | Robert | 16830 S. Ashley Ct. | Homer Glen | IL | 60491 | 10/10/2003 |
| Calhoun a/k/a Paske | Aleda | 10475 Tuxford Dr. | Alpharetta | GA | 30022 | 9/25/2003 |
| Campioni | Joseph | P.O. Box 594 | Medinah | IL | 60157 | 9/23/2003 |
| Campioni | Joseph - Chas Schwab & Co. Cust | P.O. Box 594 | Medinah | IL | 60157 | 9/23/2003 |
| Cannold | Michael | 6622 Bristol Lake South | Delray Beach | FL | 33446 | 10/9/2003 |
| Cantor | Lori | 4379 Strathdale Ct. | West Bloomfield | MI | 48323 | 9/12/2003 |
| Capitano | Charles | 83-11 - 260th St. | Floral Park | NY | 11004 | 9/23/2003 |
| Choy | Joseph | 3608 Harbor View Ave. | Oakland | CA | 94619 | 9/26/2003 |
| Cohn | Arlene | 8718 Springfield Ave | Skokie | IL | 60076 | 9/26/2003 |
| Cooper | Jerry | 2580 Duffy Lane | Riverwoods | IL | 60015 | 9/10/2003 |
| Crane | Mary | 337 Pearl St. | Cambridge | MA | 02139 | 9/5/2003 |
| Cross, Jr. | Ralph | 2430 Casa Grande St. | Pasadena | CA | 91104 | 9/26/2003 |
| Dani | William | 1200 Riverplace Blvd. #902 | Jacksonville | FL | 32207 | 10/9/2003 |
| DeCoursey | Owen | 37 E. Bayview St. | Massapequa | NY | 11758 | 9/15/2003 |
| Ellefson, Rev. Trust | Helen | 802 E. 1st Ave | Ada | MN | 56510 | 10/10/2003 |
| Ellefson, Rev. Trust | K.P. | 802 E. 1st Ave. | Ada | MN | 56510 | 10/10/2003 |
| Farber | David | 6884 Brook Hollow Ct. | W. Bloomfield | MI | 48322 | 9/27/2003 |
| Francis | Paul | 2916 Oak Brook Hills Rd | Oak Brook | IL | 60523 | 10/14/2003 |
| Fung | Tong Kim | 58-42 - 138th St. | Flushing | NY | 11355 | 9/19/2003 |
| Gepford | Misti | Rt. #2, Box 226 | Butler | MO | 64730 | 10/10/2003 |
| Gepford | Shannon | Rt. #2, Box 226 | Butler | MO | 64730 | 10/10/2003 |
| Graf | Mildred | 5852 W. Old Lincoln Way | Wooster | OH | 44691 | 9/24/2003 |
| Hall | Jerry | 8594 S. Compass Dr. | Tucson | AZ | 85706 | 10/8/2003 |
| Hawkins | Neil Colin | Unit 19/31 Wentworth St. | Groonacre | NSW | 02190 | 9/26/2003 |
| Hellmann | Jonathan | 3601 Sunset Lane | Rochester | NY | 14589 | 9/29/2003 |
| Herkert | Robert | 15506 Red Arrow Highway | Union Pier | MI | 49129 | 10/8/2003 |
| Hever | Robert | 606 Cody Dr. | Melville | NY | 11747 | 10/9/2003 |
| Infantino | James R. | 517 Highland Ave. | Punxsutawney | PA | 15767 | 9/19/2003 |
| Irmischer | Rudolf | 14184 Fawnbrooke Dr. | Tucson | AZ | 85737 | 10/14/2003 |
| Jacob | Amy | 3800 E. Li ncoln #8 | Phoenix | AZ | 85018 | 10/7/2003 |
| Jacobson | Craig L. | 4747 W. Howard St. | Skokie | IL | 60076 | 9/17/2003 |
| Jacobson | Irving | 4747 W. Howard St. | Skokie | IL | 60076 | 9/17/2003 |
| Jones | James Paul | 2634 Thorndyke West | Seattle | WA | 98199 | 10/10/2003 |

9/30/2004 3:59 PM

| Kaftan | Jeffery | 25505 W. 12 Mile Rd. Ste 2600 | Southfield | MI | 48034-8312 | 10/10/2003 |
|---|---|---|---|---|---|---|
| Kane, Maurice, deceased | by Kane, Vivian | P.O. Box 88 | Geneseo | IL | 61254 | 9/18/2003 |
| Karadhimas | Jani | 24-48-27 Street | Astoria | NY | 11102 | 10/8/2003 |
| Katz | Barbara | 1098 Saxony Dr. | Highland Park | IL | 60035 | 10/2/2003 |
| Katz | Jordan | 105 Revere Dr., Ste G | Northbrook | IL | 60062 | 9/16/2003 |
| King | Robert | 4175 Call Rd. | Perry | OH | 44081 | 10/7/2003 |
| Kirschner | Robert | 5780 N.E. Vo Terr | Ft. Lauderdale | FL | 33308 | 9/18/2003 |
| Knowles | Sandra | 1120 Hampden Dr. | Strasburg | PA | 17579 | 10/7/2003 |
| Kollman, Trustee of Andy Kollman Trust | Andy | 6800 N. California Ave. Apt 49 | Chicago | IL | 60645 | 9/24/2003 |
| Kreutzer | Walter | 205 Manila Cove | Stafford | VA | 22554 | 10/10/2003 |
| Kretschmar | Kenneth | 2409 Cumberland Cir. | Long Grove | IL | 60047 | 9/22/2003 |
| Kroner III | Ludwig | 1204 Hilltop Dr., Ste 102 | Rock Springs | WY | 82901 | 10/14/2003 |
| Krumske | Beverly | 310 Del Mar Lane | Grayslake | IL | 60030 | 10/7/2003 |
| Kudlata | David | 440 W. Aldine 2E | Chicago | IL | 60657 | 10/1/2003 |
| Laposki | Caroline | 303 N. Lindsay L92 | Mesa | AZ | 85213 | 10/7/2003 |
| Lawrence | Ira | 8319 N. Keystone | Skokie | IL | 60076 | 9/22/2003 |
| Lee | Tom | 197-05 - 46th Ave. | Flushing | NY | 11358 | 9/18/2003 |
| Lewin | Benjamin | 336 Wellington #2701 | Chicago | IL | 60657 | 9/17/2003 |
| Lewin | Gerrie | 336 Wellington #2701 | Chicago | IL | 60657 | 9/17/2003 |
| Mahmoud | Muhammad | 130 Clarke Ave. | Jersey City | NJ | 07304 | 9/29/2003 |
| Mann | M. Beatrice | Box 28 | Vernon | VT | 05354 | 10/9/2003 |
| Martin | Donald | 20900 Persimmon Pl. | Estero | FL | 33928 | 10/9/2003 |
| Marx | John | 30201 Dequindre | Madison Heights | MI | 48071 | 10/9/2003 |
| Maulsby | Gilbert | 6 S. Whisper Ct. | Columbus | GA | 31909 | 10/1/2003 |
| McCrory | Eva | 1724 Azalea St. | Sulphur | LA | 70663 | 10/7/2003 |
| McGuire | John | 940 Blazing Star | Orache | AZ | 85623 | 9/16/2003 |
| Montrose | Lawrence | 8522 Karlov Ave. | Skokie | IL | 60076 | 9/11/2003 |
| Montrose | Ruth Helen | 8522 Karlov Ave. | Skokie | IL | 60076 | 9/11/2003 |
| Mott | Benny | 194 Lisbon St. | Pleasantville | IA | 50225 | 10/7/2003 |
| Mott | Jeanette | 194 Lisbon St. | Pleasantville | IA | 50225 | 10/7/2003 |
| Myers | Andrea | 665 Eldorado Blvd. #425 | Broomfield | CO | 80021 | 10/7/2003 |
| Napierkowski | Daniel | 6207 N. Applecross Rd. | Highland Heights | OH | 44143 | 10/2/2003 |
| Nusbaum | Robert | 401 S. Old Woodward Ave, Ste 455 | Birmingham | MI | 48009 | 9/26/2003 |
| Okner | Anne | 2949 W. Lunt | Chicago | IL | 60645 | 9/23/2003 |
| Okner | SN | 2949 W. Lunt | Chicago | IL | 60645 | 9/23/2003 |
| Pappas | Bill & Irene | 5129 W. Jarlath St. | Skokie | IL | 60077 | 9/22/2003 |
| Patel | Suketa for Jay Patel | 919 Winding Ridge Dr. | Somerset | KY | 42503 | 9/25/2003 |
| Patel | Suketa for Seeta Patel | 919 Winding Ridge Dr. | Somerset | KY | 42503 | 9/25/2003 |
| Peirce | H. Douglas | 17657 Village Trace Ct | Granger | IN | 46530 | 9/25/2003 |
| Potts | Stephen | 25791 Brookmont | Lake Forest | CA | 92630 | 10/1/2003 |
| Putnam | Robert | 256 Lester Rd. | Park Forest | IL | 60466 | 9/30/2003 |
| Reiderer | Christina & Robert | 20 Brookside Ave. | Merrick | NY | 11566 | 10/7/2003 |
| Riggio | John A and Julia Pope Riggio | 642 Elder Lane | Deerfield | IL | 60015 | 9/23/2003 |
| Rombotis | Harriet | 52 Bern Dr. | Winterhaven | FL | 33881 | 9/26/2003 |
| Rombotis | Nichlous | 52 Bern Dr. | Winterhaven | FL | 33881 | 9/26/2003 |
| Rosenberg | Marian | 574 E. 16th St. | Brooklyn | NY | 11226 | 10/7/2003 |
| Sabin | Laurie | 5373 Van Ness Court | Bloomfield Hills | MI | 48302 | 10/14/2003 |
| Santina | Mimo Della | 7460 W. Strong St. | Harwood Heights | IL | 60706 | 10/7/2003 |
| Sardo | Michael | 410 Ridge Rd. | Walworth | WI | 53184 | 9/22/2003 |
| Scaringe | George | 6 Chestnut Hill Rd. S. | Loudonville | NY | 12211 | 10/7/2003 |

2

| Schefke | Jeff | 741 Vivian Ln. | Oxford | MI | 48371 | 10/7/2003 |
| Schneider | Paul | HC 50 Box 4063 | Red Lodge | MT | 59068 | 10/10/2003 |
| Schneider | Virginia | HC 50 Box 4063 | Red Lodge | MT | 59068 | 10/10/2003 |
| Schroeder | Forrest | 17723 Old Auburn Lane | Baker City | OR | 97814 | 10/2/2003 |
| Sherrel | Joann | 6160 Woodland View Dr. | Woodland Hills | CA | 91367 | 10/10/2003 |
| Siegel | Gary | 900 N. Kingsbury #1127 | Chicago | IL | 60610 | 10/14/2003 |
| Smith | Florencia | RR 20, Box 1292 | Mission | TX | 78572 | 10/10/2003 |
| Smith | Robert | RR 20, Box 1292 | Mission | TX | 78572 | 10/10/2003 |
| Stallone | Martin | 1326 Monroe Ave | Wyomissing | PA | 19610 | 10/10/2003 |
| Steen, Lvg Trust | Seurin | 328 Highway 6 | Clinton | MN | 56225 | 9/22/2003 |
| Steinberg | Louis | 4300 N. Marine Dr. #406 | Chicago | IL | 60613 | 9/17/2003 |
| Stern | Joyce | 787 Valley Road | Glencoe | IL | | 10/14/2003 |
| Stotsenberg | Dorothy | 33525 W. Mulholland Hwy | Malibu | CA | 90265 | 9/29/2003 |
| Stromquist | Jerry | 150 Sunken Forest Dr., #8-214 | Forsyth | MO | 65653 | 10/2/2003 |
| Stuff | Bruce | 1040 W. Granville #524 | Chicago | IL | 60660 | 9/25/2003 |
| Sweilem | Theresa | 4601 W. Butler Dr. | Glendale | AZ | 85302 | 10/14/2003 |
| Theobald, Trustee | Alice | P.O. Box 519 | Pine Bluffs | WY | 82082 | 10/12/2003 |
| Trawick | Gordon | 2049 Vaughn Lane | Montgomery | AL | 36106 | 9/22/2003 |
| Turk | Moshe | Chai Lifeline, 6600 N. Lincoln Ave, Suite 300 | Lincolnwood | IL | 60712 | 10/14/2003 |
| Utmail by Cust. Linda Rose | Tiffany Rose | 642 Dunsten Cir. | Northbrook | IL | 60062 | 9/17/2003 |
| Vireshbhai | Patel | 12 Mission Ridge Ct. | Fremont | CA | 94539 | 10/7/2003 |
| Vogel | William | P.O. Box 1040 | Upper Lake | CA | 95485 | 9/26/2003 |
| Wagner | Eugene | P.O. Box 455 | Valley Ford | CA | 94972 | 10/8/2003 |
| Weisbach | Helene | 1651 W. Olive Ave. | Chicago | IL | 60660 | 10/8/2003 |
| Weisbach | Rose | 655 W. Irving Pk Rd. #1201 | Chicago | IL | 60613 | 10/10/2003 |
| Wild | Harold | 147 Deerfield Lane N. | Pleasantville | NY | 10570 | 9/19/2003 |
| Wild | Sibyl | 147 Deerfield Lane N. | Pleasantville | NY | 10570 | 9/19/2003 |
| Wilson | Willim | 11935 Evergreen St. | Fife Lake | MI | 49633 | 9/26/2003 |
| Winnie, TRS | Ross & Marcia | 4669 NW 30th Pl. | Ocala | FL | 34482 | 9/22/2003 |
| Yamaguchi | Earl | 1426 Kaweloka St. | Pearl City | HI | 96782 | 9/23/2003 |
| Yarborough | H.E. | (Deceased) | | | | 10/7/2003 |
| | | | | | | |
| | | | | | | |

## HA-LO LATE FIRST NOTICE LATE REQUESTS FOR EXCLUSION

| Last Name | First Name | Street | City | State | Zip | Date Recd |
|---|---|---|---|---|---|---|
| Auster | Marcia | 28984 Appleblossom Ln | Farmington Hills | MI | 48331 | 10/22/2003 |
| Babbitt | Steven | 830 Lutz Lake Fern Rd. | Lutz | FL | 33548 | 10/27/2003 |
| Barden | David Charles | 346 Dartmouth Hills St. | Las Vegas | NV | 89138 | 10/24/2003 |
| Barker | Charles | 200 Portsouth Lane | Alabaster | AL | 35007 | 10/30/2003 |
| Barnhill | Kathy | 2010 Winfield Dr. | Tupelo | MS | 38801 | 11/21/2003 |
| Bee | James | 1647 Kiley Ct. | Lady Lake | FL | 32159 | 11/21/2003 |
| Benderoff | Brule | 401 N. Glengarry | Bloomfield Hills | MI | 48301 | 10/16/2003 |
| Benderoff | Carol | 401 N. Glengarry | Bloomfield Hills | MI | 48301 | 10/16/2003 |
| Bennett | Burke | 2995 E. 650 N | Roberts | ID | 83444 | 10/27/2003 |
| Bradbury | Jay | 3843 - 8th Ave | San Diego | CA | 92103 | 11/19/2003 |
| Bukala | Robert | P.O. Box 529 | Oak Lawn | IL | 60454 | 10/16/2003 |
| Cerefice | Mildred | 1604 Grandview Ave. | Westfield | NJ | 07090 | 11/4/2003 |
| Chipain | George | 135 Addison Ave. | Elmhurst | IL | 60126 | 11/12/2003 |
| Chlebda | Edward | 829 Knottingham Dr. #2A | Schaumburg | IL | 60193 | 10/24/2003 |
| Cohen | Samuel & Irene | 5101 Balboa #113 | Encino | CA | 91316 | 10/27/2003 |

3

| Cresci | Janet | 339 Ridgeway Ave | Cincinnati | OH | 45215 | 11/17/2003 |
|---|---|---|---|---|---|---|
| Dhingra | Harry | 12 Forestglen Dr. | Amherst | NY | 14221 | 10/22/2003 |
| Duhart | Jake | 14521 Myrtle Ave | Harvey | IL | 60426 | 11/13/2003 |
| Erice | Michael | 11405 Nogales St. | Coral Gables | FL | 33156 | 10/24/2003 |
| Erpenbach | Robert | 1878 Loganberry Lane | Crown Point | IN | 46307 | 11/18/2003 |
| Felling | Ronald | 3145 Ridge Rd. | Highland | IN | 46322 | 10/27/2003 |
| Fowler | James | 303D Beltline Pl SW #524 | Decatur | AL | 35603 | 11/21/2003 |
| Furno | Anne and Harold | 8172 Horseshoe Bend Ln | Las Vegas | NV | 89113 | 11/14/2003 |
| Fzal | Haider | 7 Amelia St. | Aliso Viejo | CA | 92650 | 10/22/2003 |
| Gall | Steven | 792 E. Whispering Oaks Dr | Palatine | IL | 60074 | 10/31/2003 |
| Gallaugher | Lori | 160 Larsburg Turn | Alpharetta | GA | 30022 | 12/15/2003 |
| Gilman | Milton | 5584 Pine Brooke Ct. | Bloomfield Hills | MI | 48304 | 11/14/2003 |
| Glassenberg | Myron | 3624 Hermitage | Northbrook | IL | 60062 | 10/22/2003 |
| Gloviar | Thomas | 2820 Abraham Dr. | Cedar Falls | IA | 50613 | 12/20/2003 |
| Gocby | Judith | 4440 Caminito Tecera | Del Mar | CA | 92014 | 10/28/2003 |
| Graber | George & Berniece | 314 N. Douglas St. | Dodgeville | WI | 53533 | 10/31/2003 |
| Groner | Lipsa | 23045 Laurel Valley St. | Southfield | MI | 48034 | 11/13/2003 |
| Henry | Jacqueline | 23W134 Mulberry Lane | Glen Ellyn | IL | 60137 | 10/21/2003 |
| Henry | Robert | 23W134 Mulberry Lane | Glen Ellyn | IL | 60137 | 10/21/2003 |
| Hermelin | Brian | 20500 Civic Center Dr., Suite 3000 | Southfield | MI | 48076 | 10/17/2003 |
| Hermelin | Doreen | 20500 Civic Center Dr., Suite 3000 | Southfield | MI | 48076 | 10/24/2003 |
| Jakubowski | Walter | 2260 W. Clayton Crest Ave | Milwaukee | WI | 53221 | 11/5/2003 |
| Katz | Ernest (deceased) | 1800 E. Mission Hills Rd. | Northbrook | IL | 60062 | 10/16/2003 |
| Kazerouni | Heshmat | 1944 Hastings St. | Marietta | GA | 30062 | 10/24/2003 |
| Kest | Marjorie | 923 Brainard Rd. | Highland Heights | OH | 44143 | 10/27/2003 |
| Kest | Sheldon | 923 Brainard Rd. | Highland Heights | OH | 44143 | 10/27/2003 |
| Klein | Joshua | 2520 Talia Lane | Northbrook | IL | 60062 | 11/23/2003 |
| Knight | Donald | 7922 Beechnut Park | San Antonio | TX | 78240 | 10/20/2003 |
| Kwok | Patrick | 2200 Winterwood Dr. | Fullerton | CA | 92833 | 12/10/2003 |
| Lachcik, Jr. | Edward | 13 Stuart Ct. | Hampton Bays | NY | 11946 | 10/17/2003 |
| Lam | Daravuth | 2424 Hurley Way #67 | Sacramento | CA | 95825 | 11/20/2003 |
| Law | Xan Wing | 2120 Jennings Ave 1501 | Santa Rosa | CA | 95401 | 10/24/2003 |
| Loparco | Dorothy | 10092 Dingle Rd. | Camden | NY | 13316 | 10/21/2003 |
| Loparco | Frank | 10092 Dingle Rd. | Camden | NY | 13316 | 10/21/2003 |
| Loss | Harold | 3317 Green Tree | Bloomfield Hills | MI | 48304 | 12/8/2003 |
| Lukowski | Arthur | 700 Roy St. | Dyer | IN | 46311 | 10/17/2003 |
| Lum, Trust | Frank | 1070 Peralta Ave. | Albany | CA | 94706 | 10/22/2003 |
| Manka | Paul | 3946 Stanford Dr. | Oceanside | CA | 92050 | 11/18/2003 |
| Mantis | Vasilios | 19919 Promenade Cir. | Riverside | CA | 92508 | 11/20/2003 |
| McLeod | Hillary | 18550 Laurel Dr. | Livonia | MI | 48152 | 11/5/2003 |
| Medwin | John | 1120 Old Ridge Road | East Bend | NC | 27018 | 11/29/2003 |
| Mostacchio | Paul | 3156 S. Union | Chicago | IL | 60616 | 10/22/2003 |
| Mozzochi, Jr. | Albert | 28 Rattling Valley Rd. | Deep River | CT | 06417 | 10/24/2003 |
| Murdough | Dee | 301 S. Ridge Road | McHenry | IL | 60050 | 10/20/2003 |
| Oh | Kyoung | 24456 St. Ives Court | Diamond Bar | CA | 91765 | 11/7/2003 |
| Olsen | Patricia | 20396 Burnham | Lynwood | IL | 60411 | 11/4/2003 |
| Pinske | Marlene | 4523 Wesley Terrace | Schiller Park | IL | 60176 | 10/16/2003 |
| Quach | Phi | 1107 Ashbrook Dr. | Mundelein | IL | 60060 | 10/28/2003 |
| Raymond | Alfred | 133 Cole St. | Seekonk | MA | 02771 | 10/24/2003 |
| Reeve | Yongcha | 12100-103 Tango Lane | Raleigh | NC | 27613 | 10/31/2003 |
| Rude | Darryl | 22798 Oak Knoll Cir. | Fergus Falls | MN | 56537 | 4/27/2004 |
| Saltzman | Steven | 1260 Carol Lane | Deerfield | IL | 60015 | 11/18/2003 |

4

| Sandy | Gladys | 195 Malibu Dr. | Palm Springs | CA | 92264 | 11/19/2003 |
| Schwartz | Marion | 5583 Sugar Mill Ct. | Del Ray Beach | FL | 33484 | 10/17/2003 |
| Schafer | Michael | 1815 W. Ridgewood Ln | Glenview | IL | 60025 | 11/26/2003 |
| Shannon | Judy | 6338 CR 539 | Hico | TX | 76457 | 11/18/2003 |
| Sights | Warren | P.O. Box 695 | Columbia | MO | 65205 | 10/27/2003 |
| Slutsky | Jeffrey | 400 E. Ohio St. #4203 | Chicago | IL | 60611 | 10/28/2003 |
| Sommer | Fred | 570 Park Ave | New York | NY | 10021 | 11/9/2003 |
| Sone | Elsie | 978 Glenrock #39 | Incline Village | NV | 89451 | 11/7/2003 |
| Speranzi | Marc | 6048 Rt. 7 | Oneonta | NY | 13820 | 10/28/2003 |
| Sweet | William | 417 Mountain View | Mountain View | CA | 94041 | 11/20/2003 |
| Underwood | Gregory | 607-B Lindsay St. | Bowie | TX | 76230 | 11/17/2003 |
| Upadhyay | Asha | 12 Davis Road | Port Washington | NY | 11050 | 10/24/2003 |
| Upadhyay | Cecile | 12 Davis Road | Port Washington | NY | 11050 | 10/24/2003 |
| Upadhyay | Samuel | 12 Davis Road | Port Washington | NY | 11050 | 10/24/2003 |
| Upadhyay | Sanjay | 12 Davis Road | Port Washington | NY | 11050 | 10/24/2003 |
| Upadhyay | Yowendra | 12 Davis Road | Port Washington | NY | 11050 | 10/24/2003 |
| Wayne | Michael | 2366 N. Gulfshore Blvd | Naples | FL | 34103 | 11/24/2003 |
| Weaber | Gary | 479 Mayfair Ct. | Bossoer City | LA | 71111 | 10/24/2003 |
| Weatherman | Ricci | 7230 Stibgen Rd NW | Olympia | WA | 98502 | 11/29/2003 |
| Weisbach | Arlene/Shel | 20638 Batac St. | Chatsworth | CA | 91311 | 11/13/2003 |
| Weisbach | Daniel | 20638 Batac St. | Chatsworth | CA | 91311 | 11/13/2003 |
| Weisbach | David | 20638 Batac St. | Chatsworth | CA | 91311 | 11/13/2003 |
| Weiss | Adrienne | 875 N. Michigan 3700 | Chicago | IL | 60611 | 10/16/2003 |
| Williams, Jr. | J. Morton | P.O. Box 3404 | St. Augustine | FL | 32085 | 10/28/2003 |
| Wilson | Paul | 6831 Spring Arbor Dr. | Mason | OH | 45040 | 11/19/2003 |
| Womack | Tim | 2435 N. Sheffield Ave A3 | Chicago | IL | 60614 | 10/22/2003 |
| Zhand | Zhuo Hong | 9327 SE Lincoln St. | Portland | OR | 97216 | 10/27/2003 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## HA-LO LATE SECOND NOTICE OF PENDENCY AND SETTLEMENT
## REQUESTS FOR EXCLUSION

| Last Name | First Name | Street | City | State | Zip | Date Post Marked |
|-----------|-----------|--------|------|-------|-----|------------------|
| Riechers | Joel | 1025 Elm St. | Winnetka | IL | 60093 | 7/20/2004 |
| Wiltshire | Charles | 2665 Lampkins Rd. | Cottage Grove | TN | 38224 | 7/30/2004 |
| | | | | | | |
| | | | | | | |
| | | | | | | |

## HA-LO LATE SECOND NOTICE OF PENDENCY AND SETTLEMENT
## LATE REQUESTS FOR EXCLUSION

| Last Name | First Name | Street | City | State | Zip | Date Post Marked |
|-----------|-----------|--------|------|-------|-----|------------------|
| Maister | Barbara | 11211 W. Cypress Dr. | Pompanno Beach | FL | 83009 | 8/3/2004 |
| | | | | | | |
| | | | | | | |

## MISCELLANEOUS

| Ilaria | Lenore L. | 160 Overlook Court | Woodbridge | NJ | 07095 | 8/30/2004 |
|--------|-----------|--------------------|-----------|----|-------|-----------|
| Did not purchase in Class Period but prior stockholding split during the Class Period | | | | | | |